```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-01329-HWV
Raymond E Myers                                                   Chapter 7
Ruth V Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: DGeorge            Page 1 of 1              Date Rcvd: Apr 12, 2019
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db/jdb         +Raymond E Myers,   Ruth V Myers,   12503 Redstone Ridge Road,   Hesston, PA 16647-8605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              Kevin   Buttery    on behalf of Creditor    Citibank, N.A. kbuttery@rascrane.com
              Kevin   Buttery    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
               kbuttery@rascrane.com
              Leah M Stump    on behalf of Debtor 2 Ruth V Myers lstump@shepleylaw.com
              Leah M Stump    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com
              Leah M Stump    on behalf of Debtor 1 Raymond E Myers lstump@shepleylaw.com
              Sarah K. McCaffery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Upland Mortgage Loan Trust B smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Raymond E. Myers,<br>And<br>Ruth V. Myers<br>    Debtor.<br><br><br>Raymond E. Myers,<br>Ruth V. Myers<br>    Movant | Chapter 13<br><br><br>Bankruptcy No.: 01:18-bk-01329 |

### ORDER ON MOTION TO CONVERT CHAPTER 13 BANKRUPTCY CASE TO A CHAPTER 7 BANKRUPTCY CASE

Upon consideration of the debtors' motion to convert, it is hereby ORDERED:

1. Movants are granted a conversion to a Chapter 7 Bankruptcy.

Dated: April 12, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)