UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: RAYMOND E MYERS § Case No. 1:18-bk-01329
   RUTH V MYERS § 
            §
    Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CHARLES J. DEHART, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/30/2018.

2) The plan was confirmed on 08/23/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 04/10/2019.

5) The case was converted on 04/12/2019.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| **Receipts:** | | | | | |
| Total paid by or on behalf of the debtor(s) | | $ 6,484.64 | | | |
| Less amount refunded to debtor(s) | | $ 0.00 | | | |
| **NET RECEIPTS** | | | $ 6,484.64 | | |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $ 2,200.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 436.14 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,636.14 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,800.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LEAH M. STUMP, ESQUIRE | Lgl | 0.00 | NA | NA | 2,200.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 428.00 | 427.57 | 427.57 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 619.00 | 618.64 | 618.64 | 0.00 | 0.00 |
| COMMONWEALTH OF | Pri | 0.00 | 3,662.80 | 514.29 | 514.29 | 0.00 |
| COMMONWEALTH OF | Sec | 0.00 | 3,662.80 | 3,117.00 | 3,117.00 | 0.00 |
| COMMONWEALTH OF | Uns | 6,444.52 | 3,662.80 | 31.51 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 571.01 | 571.01 | 0.00 | 0.00 |
| CHRYSLER CAPITAL | Uns | 23,486.07 | 15,094.10 | 15,094.10 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 12,327.02 | 12,459.03 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 8,048.03 | 8,048.03 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Uns | 11,965.00 | 13,163.93 | 13,163.93 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 6,786.97 | 6,786.97 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 313.00 | 313.67 | 313.67 | 0.00 | 0.00 |
| AMERIMARK | Uns | 0.00 | 137.53 | 137.53 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 445.35 | 445.35 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 693.32 | 693.32 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 977.00 | 977.05 | 977.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,564.76 | 1,564.76 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| QUANTUM3 GROUP, LLC | Uns | 260.25 | 304.74 | 304.74 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 881.00 | 881.35 | 881.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 779.00 | 779.87 | 779.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 491.85 | 491.85 | 491.85 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE | Con | 26,105.00 | 26,075.47 | 26,075.47 | 217.21 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,331.00 | 1,164.82 | 1,164.82 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 878.00 | 878.12 | 878.12 | 0.00 | 0.00 |
| COMMERCIAL ACCEP | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Uns | 379.56 | NA | NA | 0.00 | 0.00 |
| GINNY | Uns | 491.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAP | Uns | 201.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE CREDIT | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 571.00 | NA | NA | 0.00 | 0.00 |
| MT NITTANY MED CENTER | Uns | 1,260.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN | Uns | 6,811.00 | NA | NA | 0.00 | 0.00 |
| PALISADES | Uns | 1,244.96 | NA | NA | 0.00 | 0.00 |
| US DEP OF VET AFFAIRS | Uns | 1,270.15 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 26,075.47 | $ 217.21 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 3,117.00 | $ 3,117.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 29,192.47 | $ 3,334.21 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 514.29 | $ 514.29 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 514.29 | $ 514.29 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 53,374.19 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,636.14 |
| Disbursements to Creditors | $ 3,848.50 |
| **TOTAL DISBURSEMENTS:** | $ 6,484.64 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 04/16/2019          By: /s/ CHARLES J. DEHART, III
                                STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)