UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RAYMOND E. MYERS
RUTH V. MYERS : BANKRUPTCY NO. 1-18-01329-HWV
      Debtors
: CHAPTER 7

## WITHDRAWAL OF CHAPTER 7 TRUSTEE'S
## REPORT OF NO DISTRIBUTION

Leon P. Haller, Trustee hereby withdraws the Chapter 7 Trustee's Report of No Distribution filed June 4, 2019, to docket number 52 in the above case.

By: /s/Leon P. Haller
Leon P. Haller, Trustee
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
lhaller@pkh.com
Attorney ID #15700

Dated: July 1, 2019